IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ALFRED ANDREW NICHELSON,

        Petitioner,        Civil No. 11-406-TC

        v.        ORDER

JOE DeCAMP,

        Respondent.

COFFIN, Magistrate Judge.

    Pursuant to the order filed in Civ. No. 11-863-TC, dismissing that case without prejudice to raise the grounds for relief alleged therein in this case, respondent's Motion to Dismiss (#20) is denied as moot. Petitioner is allowed 30 days from the date of this order to file an amended petition in this proceeding. Petitioner's Motion for reconsideration (#22) is denied. Petitioner's Motion to expedite or accelerate (#24) is denied as moot.

    IT IS SO ORDERED

    DATED this 28 day of October, 2011.

                                  Thomas M. Coffin
                                  United State Magistrate Judge

1 - ORDER