IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALFRED ANDREW NICHELSON, JR.,        )
                                     )
                Petitioner,          )
                                     )   No. 6:11-cv-406-TC
     v.                              )
                                     )   ORDER
JOE DeCAMP,                          )
                                     )
                Respondent.          )
_____)

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on July 17, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). While no objections have been timely filed, petitioner has submitted a motion to disqualify Judge Coffin and an "Emergency Motion for Preliminary Injunction for Objections for Findings and Recommendation." Out an abundance of caution, this

1       - ORDER

ruling and I find no error. Accordingly, I adopt Judge Coffin's Findings and Recommendation.

## CONCLUSION

I adopt Magistrate Judge Coffin's Findings and Recommendation (#57) filed July 17, 2012. Petitioner's Amended Petition (#27) is denied and this proceeding is dismissed. All pending motions are denied as moot.

DATED this **3rd** day of **Oct.**, 2012.

_____
UNITED STATES DISTRICT JUDGE

2      - ORDER